**Christopher John O'CROWLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48117.**

Missouri Court of Appeals, Western District.

April 19, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER and SPINDEN, JJ.

***ORDER***

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).